**Brenda Moody Whinery, Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceeding |
| MURPHY R. KITTRELL, JR. and BARBARA C. KITTRELL, | Case No. 4:22-bk-01130-BMW |
| Debtors. | |
| CHRISTOPHER G. LINSCOTT, Chapter 7 Trustee, | Adversary Case No. 4:22-ap-00206-BMW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MURPHY R. KITTRELL, JR. and BARBARA C. KITTRELL, husband and wife; MURPHY R. KITTRELL JR. and BARBARA C. KITTRELL, as Trustees of the Kittrell Children's Trust; and KITTRELL CHILDREN'S TRUST, | |
| Defendants. | |

This adversary proceeding was commenced by the Chapter 7 Trustee, Christopher G. Linscott (the "Trustee"), against Debtors Murphy R. Kittrell, Jr. and Barbara C. Kittrell (collectively, the "Kittrells"), the Kittrells as Trustees of the Kittrell Children's Trust, and the Kittrell Children's Trust on February 25, 2022 (the "Commencement Date"). Pursuant to the *First Amended Complaint to Determine Property of the Estate (11 U.S.C. § 541); Recovery of Avoidable Transfers* (DE 25), the Trustee seeks to recover the value of assets transferred by the

Kittrells to the Kittrell Children's Trust pursuant to 11 U.S.C. § 550(a) and the value of assets held in the Kittrell Children's Trust pursuant to 11 U.S.C. § 542(a).

A trial having been conducted on April 21, 2026 and April 22, 2026; the Court having given due consideration to the testimony and evidence presented, and the statements and arguments of counsel; and the Court having entered its findings of fact and conclusions of law in the *Memorandum Decision* (the "Memorandum Decision") (DE 115) issued contemporaneously herewith; for the reasons set forth in the Memorandum Decision, the Court enters judgment as follows;

**IT IS HEREBY ORDERED** that judgment is entered in favor of Christopher G. Linscott, Chapter 7 Trustee, against the Kittrell Children's Trust pursuant to 11 U.S.C. §§ 542(a) and 550(a) in the amount of $6,500,000.00.

**IT IS FURTHER ORDERED** awarding pre-judgment interest from the Commencement Date through the date of this Judgment at the federal judgment rate.

**IT IS FURTHER ORDERED** that post-judgment interest shall accrue at the federal judgment rate from entry of this Judgment until paid in full.

**DATED AND SIGNED ABOVE.**